IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:16-cr-00042-TMB-MMS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| JB MATHA, | ) | |
| Defendant. | ) | |

**ORDER DISMISSING PETITION WITHOUT PREJUDICE**

Having considered the motion filed by the United States;

IT IS HEREBY ORDERED that the Petition to Revoke Supervised Release is dismissed without prejudice.

DATED this 5th day of May, 2023, at Anchorage, Alaska.

/s/ *Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE